WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Nicole Charlene Thunderhawk,<br><br>            Defendant. | No. CR-12-1058-PHX-SRB<br><br>**ORDER OF DETENTION** |

A detention hearing on the Petition on Supervised Release was held on October 2, 2015, and continued to October 6, 2015 for the Court to receive more information from the United States Probation Officer assigned to this case.

For the reasons outlined on the record, the Court Finds that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

Dated this 7th day of October, 2015.

Honorable John Z. Boyle
United States Magistrate Judge